# PD-1116&1117-15

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

STANLEY DALE SELF          §
                           §
                           §
VS.                        §          APPEAL NO'S. 02-15-00193-CR
                           §          02-15-00194-CR
                           §
THE STATE OF TEXAS         §

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

## MOTION FOR AN EXTENSION OF TIME TO FILE
## A PETITION FOR DISCRETIONARY REVIEW

On July 23, 2015, the Second Court of Appeals denied my appeal and now Appellant needs a 45 day extension of time to prepare and file his Petition for Discretionary Review.

Appellant Self is proceeding pro se and requires additional time in the prison law library to respond to the Appellate Courts Memorandum Opinion which Appellant believes is in error.

Appellant's request for additional time is not for the purpose of delay or harassment, but rather a concentrated effort to prepare a meaningful Petition for Discretionary Review.

Respectfully Submitted

*Stanley Self*
_____
Stanley Dale Self, #618511
Polunsky Unit
3872 Fm 350 South
Livingston, Texas      77351